STEVEN W. MYHRE
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
DONNA W. ANDERSON
Special Assistant United States Attorney
160 Spear Street; Suite 800
San Francisco, CA 94105
Tel: (415) 977-8943
Fax: (415) 744-0134
Email: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE DEROCHER, | Case No. 2:17-cv-02401-APG (GWF) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Complaint be extended until January 16, 2018. This is Defendant's first request for an extension of time to respond. The Commissioner requires additional time to create an accurate certified administrative record. The Commissioner is awaiting receipt

of the transcriptions of two administrative hearings. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: November 15, 2017      Richard Harris Law Firm

By:   */s/ Joshua R. Harris*\*
JOSHUA R. HARRIS
Attorney for Plaintiff
(\*By e-mail authorization on 11/15/17)

Dated: November 15, 2017      STEVEN W. MYHRE
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney

By:   */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated: November 16, 2017

HON. GEORGE FOLEY, JR.
United States Magistrate Judge