# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE DEROCHER, | Case No.: 2:17-cv-02401-APG-WGC |
| Plaintiff | **Order Accepting Report and Recommendation, Denying Motion to Remand, and Granting Motion to Affirm** |
| v. | |
| NANCY A. BERRYHILL, | [ECF Nos. 20, 23, 29] |
| Defendant | |

On January 31, 2020, Magistrate Judge Cobb recommended that I grant plaintiff Darlene Derocher's motion to remand for a finding of disability and calculation and award of benefits and deny defendant's motion to affirm. ECF No. 29. The defendant did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Cobb's report and recommendation **(ECF No. 25) is accepted**, plaintiff Darlene Derocher's motion to remand **(ECF No. 20) is GRANTED**, and the defendant's motion to affirm **(ECF No. 21) is DENIED**. This action is remanded to the administrative law judge for a finding of disability and calculation and award of

/ / / /

/ / / /

benefits consistent with the report and recommendation and this order. The clerk of court is instructed to close this case.

DATED this 19th day of February, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE